FRANK MONACHELLI, Respondent, Appellant, v. MORRISANIA DAIRY Co., INC., Appellant, Respondent.— Motion for stay granted upon condition that within five days from the entry of the order herein, in addition to the undertaking already given to secure the payment of costs, defendant file an undertaking, with corporate surety, in the sum of $6,500 to protect plaintiff against loss for the temporary damages for rental and damage to the fee; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MOUNT VERNON TRUST COMPANY, as Trustee, Respondent, v. 21 FOUNTAIN PLACE CORPORATION, Appellant, and MARION ESTATES, INC., and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MARY BEACH MURDOCK, Respondent, v. REA ALLEN MURDOCK, Appellant.— Motion for enlargement of time denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

HERMAN PHILLIPS, Appellant, v. FRANCES PHILLIPS, Respondent.— Motion to dismiss appeal granted and appeal dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CAMPBELL, Appellant.— Motion to resettle order of reversal denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS COHEN, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

SAMUEL SHUFF, Appellant, v. JACOB ROTTER, Individually and as President of Local No. 76 of New York City, Affiliated with the Upholsterers' International Union of North America, a Voluntary Association Composed of More Than Seven Members, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

STEEL-CRETE HOMES CO., INC., Appellant, v. ROSETH REALTY CO., INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

EDWARD STOKES, as Administrator, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Upon reargument, motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.